# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER A. SEIFER,

                Petitioner,

v.

                Case No. 16-CV-1465-JPS

UNITED STATES OF AMERICA,

                Respondent.        **ORDER**

      On February 1, 2017, the government filed a stipulated motion to amend the briefing schedule set by the Court on December 14, 2016. (Stipulated Motion, Docket #14; Briefing Schedule, Docket #5). The respondent's answer was due on that day, but it had anticipated the petitioner filing additional affidavits in support of his motion. (Docket #14 at 1-2). Those affidavits would likely have been from the petitioner himself and, potentially, one or more of the three witnesses he claims should have been called at trial by counsel in the underlying criminal case. *Id.* The motion states that those affidavits did not materialize because the petitioner's counsel has fallen ill and has been hospitalized a number of times over the past month. *Id.* The petitioner's co-counsel requested that the respondent allow her additional time to obtain and submit those affidavits, and the respondent agreed. *Id.* at 2. The motion is, in effect, made by the petitioner and filed by the respondent as a courtesy.

      The Court will grant the motion. The Court will establish a deadline for submission of the petitioner's affidavits; he is restricted to submitting affidavits from himself and the three witnesses identified in his motion. (Docket #1-2 at 1-3). It will further adjust the other briefing deadlines accordingly:

Petitioner's Affidavits due: **April 3, 2017**

Respondent's Answer or Motion due: **May 3, 2017**

If Respondent Answers, Petitioner's Reply due: **May 18, 2017**

If Respondent Files Motion, Petitioner's Response due: **May 18, 2017**

Respondent's Reply in Support of a Motion due: **May 26, 2017**[1]

The Court will also grant the petitioner's motion to seal the affidavit of his trial counsel in the underlying criminal case filed on January 10, 2017. (Motion to Seal, Docket #13; Affidavit, Docket #12 and #12-1).

Accordingly,

**IT IS ORDERED** that the parties' stipulated motion to amend the briefing schedule (Docket #14) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the briefing schedule for this matter (Docket #5 at 2) shall be modified as described in this Order; and

**IT IS FURTHER ORDERED** that the petitioner's motion to seal (Docket #13) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

---

[1] The motion stated that this date should be May 18, 2017. (Docket #14 at 3). Assuming this was a typographical error, the Court has adjusted it accordingly.